| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>    FRANK A CHIMENTO, III | |

Order Filed on February 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  14-18335 VFP

Hearing Date:  2/1/2018

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 2, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): FRANK A CHIMENTO, III

Case No.: 14-18335

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/01/2018 on notice to SCOTT D. SHERMAN ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $478.00 to the Trustee's office by 2/15/2018 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) must file modified plan by 2/22/2018 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 14-18335-VFP
Frank A Chimento, III                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 02, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.
db              +Frank A Chimento, III,   6 Tempesta Terrace,   West Caldwell, NJ 07006-6934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
               to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
               Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Daniel Brett Sullivan    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC BNCmail@w-legal.com
              Deborah T. Feldstein    on behalf of Creditor    Group D Capital Partners 1, LLC
               dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
               Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
               Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jeanette F. Frankenberg    on behalf of Creditor    Selene Finance LP as servicer for  SRMOF II
               2011-1 Trust cmecf@sternlav.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Marie-Ann Greenberg (NA)    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com
              Michael Sklar    msklar@ajwillnerauctions.com
              Nola R. Bencze    on behalf of Creditor    Palmer Properties, LLC nbencze@clarkhill.com
              Scott D. Sherman    on behalf of Debtor Frank A Chimento, III ssherman@minionsherman.com
              Valorie D. Smith    on behalf of Creditor    Internal Revenue Service valorie.d.smith@usdoj.gov,
               usanj.ecfcivildocketing@usdoj.gov
                                                                                               TOTAL: 13