Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  14−18335−VFP
                              Chapter:  13
                              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Frank A Chimento III
    aka Frank Chimento
    6 Tempesta Terrace
    West Caldwell, NJ 07006

Social Security No.:
    xxx−xx−4458

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on March 20, 2017.

    On 2/22/18 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                  April 5, 2018
Time:                10:00 AM
Location:           Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 23, 2018
JAN: lc

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-18335-VFP
Frank A Chimento, III                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin           Page 1 of 2           Date Rcvd: Feb 23, 2018
                       Form ID: 185           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.
```
db          +Frank A Chimento, III,   6 Tempesta Terrace,   West Caldwell, NJ 07006-6934
aty         +Brian J. Aloia,   2 Broad Street,   Suite 407,   Bloomfield, NJ 07003-2549
aty         +Jay Pasternack,   1066 Clifton Ave.,   PO Box 3054,   Clifton, NJ 07012-0354
cr          +Group D Capital Partners 1, LLC,   c/o Pellegrino & Feldstein, LLC,   290 Route 46 West,
              Denville, NJ 07834-1239
cr          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:  NATIONSTAR MORTGAGE, LLC,   Bankruptcy Department,
              350 Highland Drive,   Lewisville, TX  75067)
cr          +Palmer Properties, LLC,   c/o Sandra Moran Esq & Nola R. Bencze, E,
              Buchanan Ingersoll & Rooney PC,   700 Alexander Park,   Suite 300,   Princeton, NJ 08540-6351
op          +Sandra LoBello,   Two Sisters Estate Sales,   140 Hundred Oaks Dr.,   Tom Rivers, NJ 08755-0983
cr          +Selene Finance LP as servicer for  SRMOF II 2011-1,   Stern, Lavinthal & Frankenberg, LLC,
              105 Eisenhower Parkway,   Roseland, NJ 07068-1640
515014720    American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
              Los Angeles, CA  90051-5478
514744843   +Gem Rec Sys,   1001 Mcbride Ave,   Little Falls, NJ 07424-2534
514918043   +NATIONSTAR MORTGAGE, LLC,   C/O Weinstein, Pinson, & Riley, P.S.,
              2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
514744848    Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
515028398   +Palmer Properties, LLC.,   c/o Sandy Moran, Esq. and Nola Bencze, E,
              Buchanan Ingersoll & Rooney, PC,   700 Alexander Park,   Suite 300,   Princeton, NJ 08540-6351
514963218   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,   Department of Treasury,
              Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
514744849   +Selene Finance Lp,   9990 Richmond Ste 100,   Houston, TX 77042-8500
514744851    State of New Jersey,   Dept of Labor & Workforce Accounts,   PO box 2672,
              New Brunswick, NJ 08903-2672
515686341   +State of New Jersey, Department of Labor,   PO BOX 951,   Trenton, NJ 08625-0951
516628740   +U.S. BANK NATIONAL ASSOCIATION,,   Robertson, Anschutz & Schneid, P.L,,
              6409 Congress Ave., Suite 100,   Boca Raton, FL 33487-2853
516235847   +U.S. Bank, National Association, as Trustee,   c/o Nationstar Mortgage LLC,
              ATTN: Bankruptcy Department,   PO Box 619096,   Dallas, TX 75261-9096
514796091   +Valley National Bank,   1445 Valley Rd,   Wayne NJ 07470-8438
514744852   +Valley National Bank,   1460 Valley Rd,   Wayne, NJ 07470-8494
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 24 2018 00:00:42     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 24 2018 00:00:38     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
514744844    E-mail/Text: cio.bncmail@irs.gov Feb 24 2018 00:00:18     Internal Revenue Service,
              955 S. Springfield Ave.,   Springfield, NJ 07081
515241844    E-mail/Text: bkteam@selenefinance.com Feb 24 2018 00:00:12     Selene Finance LP,
              9990 Richmond Avenue, Suite 400 South,   Houston, Texas 77042-4546
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +U.S. BANK NATIONAL ASSOCIATION,   Robertson Anschutz & Schneid, P.L.,
              6409 Congress Ave, Suite 100,   Boca Raton, Fl 33487-2853
514744845*   Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
514744847*  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage LLC,   Attn: Bankruptcy,   PO Box 619096,
              Dallas TX 75261-9741)
514744850*  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,   Division of Taxation,   50 Barrack Street,
              PO Box 269,   Trenton, NJ 08695)
514744846    ##+Milstead & Associates, LLC,   220 Lake Drive East - Suite 301,   Cherry Hill, NJ 08002-1165
                                                                                   TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 23, 2018
                              Form ID: 185             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:

```
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee relating
               to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
               Servicing LLC bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Daniel Brett Sullivan    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC BNCmail@w-legal.com
              Deborah T. Feldstein    on behalf of Creditor    Group D Capital Partners 1, LLC
               dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
               Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-3, servicer Specialized Loan
               Servicing LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Heather Lynn Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Jeanette F. Frankenberg    on behalf of Creditor    Selene Finance LP as servicer for  SRMOF II
               2011-1 Trust cmecf@sternlav.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Marie-Ann Greenberg (NA)    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com
              Michael Sklar    msklar@ajwillnerauctions.com
              Nola R. Bencze    on behalf of Creditor    Palmer Properties, LLC nbencze@clarkhill.com
              Scott D. Sherman    on behalf of Debtor Frank A Chimento, III ssherman@minionsherman.com
              Valorie D. Smith    on behalf of Creditor    Internal Revenue Service valorie.d.smith@usdoj.gov,
               usanj.ecfcivildocketing@usdoj.gov
                                                                                             TOTAL: 13
```