| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>MINION & SHERMAN<br>By:   Scott D. Sherman, Esquire<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424 | Order Filed on July 16, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>         FRANK A. CHIMENTO, III,<br><br>                    Debtor | Case No.:   14-18335<br><br>Chapter:       13<br><br>Judge:         PAPALIA |

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,
VOIDING AND/OR DISCHARGE MORTGAGE LIEN OF RECORD OF:
SELENE FINANCE AS SERVICER FOR WELLS FARGO BANK, NATIONAL
ASSOCIATION**

**X MORTGAGE**    ☐ LIEN    ☐ OTHER   (SPECIFY) _____

Recommended Local Form ☐ Followed   X Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 16, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage Lien referenced below discharged and cancelled of record.

3. Description of Mortgage Lien:

    a. Original Mortgagee/Lienholder: LEHMAN BROTHERS BANK FSB
    b. Current Assignee: WELLS FARGO BANK, NATIONAL ASSOCIATION
    c. Current Servicer: SELENE FINANCE LP
    d. Date of Mortgage:       7/2/2007
    e. Date of Recordation:    7/10/2007
    f. Place of Recordation: Ocean County Clerk
       Mortgage Book 13703, Page 1789
       Original Principal Balance of Mortgage: $74,250.00

4. The Mortgage referenced in this Order is hereby cancelled, voided and/or discharged of record.

5. A certified or exemplified copy of this Order shall be recorded by the Ocean County Register/Clerk with whom the Mortgage was recorded.